772 A.2d 923

IN THE MATTER OF JOSEPH H. NEIMAN,
AN ATTORNEY AT LAW.

June 7, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–088 concluding that **JOSEPH H. NEIMAN** of **HACKENSACK,** who was admitted to the bar of this State in 1985, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence) and *RPC* 1.4(a) (failure to communicate), and good cause appearing;

It is ORDERED that **JOSEPH H. NEIMAN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.